IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**HANOI BARBARO ACOSTA,**              :
                                        :
      Petitioner             :        CIVIL NO. 1:16-CV-02232
                                        :
  vs.                                   :
                                        :
**WARDEN EBBERT,**                     :        (Judge Rambo)
                                        :
      Respondent             :

### ORDER

In accordance with the accompanying memorandum,

**IT IS HEREBY ORDERED THAT:**

1. Acosta's petition for writ of habeas corpus (Doc. 1) is **DISMISSED.**

2. The Clerk of Court is directed to **CLOSE** this case.

                                    _s/Sylvia H. Rambo_
                                    SYLVIA H. RAMBO
                                    United States District Judge

Date: February 1, 2017